UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**DAVID EUGENE BECKNER,**<br><br><br><br><br><br>Debtor. | Case No. **21-60937-tmr13**<br><br>Confirmation Hearing Date: **7/20/21**<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS** |

Naliko Markel, Trustee, objects to confirmation of the Debtor's Chapter 13 Plan (Doc. 2; dated 5/24/21) for the reasons set out below:

☐ a. Plan is not feasible:

☐ b. Case not filed in good faith/Plan not proposed in good faith:

☒ c. Plan does not commit all of the Debtor's excess projected disposable income pursuant to 11 U.S.C. § 1325(b)(1)(B) for the applicable commitment period: **(1) a step payment of $114 should be added to the Plan beginning in month 16, when the 2001 Toyota is paid off, and (2) the Trustee objects to the continuation of the Debtor's investing / day trading activity as not reasonable or necessary.**

☐ d. Plan does not meet the best interest test of 11 U.S.C. § 1325(a)(4):

☒ e. Filing/documentation is deficient: **Please provide: (1) copies of the 2018 tax returns. Taxes should be liquidated prior to confirmation; (2) copies of the PayPal statements for the two months prior to fling, covering the date of filing (5/26/21); (3) copies of the Phillips Capital statements for June and July, 2021; (4) an amended Statement of Financial Affairs #4 to disclose Debtor's income for 2019.**

☒ f. Other: **Plan changes: (1) ¶3(c): amend to read "2021-2025"; (2) ¶'s 3(e), 4(b)(4) and 6: populate the blanks; and (3) with a step payment of $114 in month 16, the distribution to unsecured creditors (¶4(g)(1)) will be 17%.**

Motion to Dismiss. For the above reasons, the Trustee moves the Court for an order dismissing this case.

I certify that on July 6, 2021, I served copies of the above Objection and Motion on the Debtor(s) and any debtor attorney.

DATED: July 6, 2021          */s/ Andrea Breinholt*, OSB #092975, for
(tm)                                              Trustee